NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARIO E. SILVERIO and JOSE R. TRAVIESO, )
)
)
        Appellants, )
)
v. )      Case No. 2D17-2084
)
DEUTSCHE BANK TRUST COMPANY, )
)
        Appellee. )
_____ )

Opinion filed September 28, 2018.

Appeal from the Circuit Court for
Hillsborough County; Perry A. Little,
Senior Judge.

Maria E. Silverio and Jose R. Travieso,
pro se.

Cynthia L. Comras, David Rosenberg, and
Jarrett Cooper of Robertson, Anschutz &
Schneid, P.L. Boca Raton, for Appellee.


PER CURIAM.


        Affirmed.


CASANUEVA, SILBERMAN, and MORRIS, JJ., Concur.